## COOPER v. STATE.
### No. 17461.

Court of Criminal Appeals of Texas.
March 27, 1935.

Cunningham & Lipscomb, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## BANGS. v. STATE.
### No. 17476.

Court of Criminal Appeals of Texas.
March 27, 1935.

McKinney & Berry, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction of appellant is for driving an automobile upon a highway while appellant was intoxicated; punishment assessed being 30 days in jail.

The indictment properly charges the offense. No statement of facts nor bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.